1:25-mj-3155-RJS

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT

I, Thomas Kloock, Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), herein after referred to as Affiant, being duly sworn, do hereby depose and state as follows:

### Affiant's Background and Qualifications

1.      Affiant is a duly sworn Cleveland Police Department Detective and Task Force Officer of the Bureau of Alcohol, Tobacco, Firearms, and Explosives. As such, Affiant is empowered to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 26 of the United States Code that is, a task force officer engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant.

2.      Affiant has been involved and/or the lead investigator in numerous investigations of individuals and/or organizations involved in the illegal possession and trafficking of firearms as well as the illegal distribution of controlled substances. Affiant has conducted and participated in numerous undercover operations, surveillance operations, overt and covert operations, and has become familiar with the methods used by individuals engaged in the illegal possession of firearms and the illegal possession and distribution of controlled substances. Affiant has been the lead investigator and has participated in many criminal investigations involving violations of Ohio firearm and drug laws. Affiant has executed numerous search warrants and arrest warrants related to illegal firearm and/or narcotics investigations.

3.      Your affiant has conducted numerous investigations into illegal weapons possession and usage as well as the illegal possession and distribution of controlled substances through internet platforms to include social media applications like Instagram and Facebook. Your affiant avers that he has been part of and conducted investigations that have utilized the electronic monitoring of social

1

media platforms and publicly accessible information by law enforcement that has led to the arrest

and convictions of individuals based upon their behavior and the media posted (photographs, videos,

statements, etc.) to social media applications.

4.      The facts in this affidavit come from my personal observations, my training and

experience, and information obtained from other agents and witnesses. This affidavit is intended to

show merely that there is sufficient probable cause for the requested criminal complaint and does

not set forth all of my knowledge about this matter.

5.      This Affidavit is offered in support of a Criminal Complaint against Defendant

Terrence LANIER for the following violation of federal law occurring on or about April 10th,

2024, in the Northern District of Ohio, namely: Possession with the Intent to Distribute a

Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

**PROBABLE CAUSE**

6.      Your affiant avers that the Bureau of Alcohol, Tobacco, Firearms, and Explosives

(ATF) and other law enforcement officials are conducting an investigation into Terrence LANIER.

7.      As part of this investigation, investigators became aware of a social media account

belonging to LANIER with the account title being "ceo.yb". Investigators know that LANIER uses

"YB" as his street name and is most often referred to as "YB" by friends, family, co-conspirators,

and co-defendants often on jail calls, social media, and other communications.

8.      Specifically, since December of 2023 to the present date, the above listed social

media account (i.e., ceo.yb) found on social media platform Instagram has been monitored and

documented as part of the investigation into LANIER. This account was monitored by law

enforcement as having been used to publicly display criminal behavior committed by LANIER as

well as other individuals whom accompany LANIER to include displaying firearms by prohibited

persons and possessing them while engaged in the act of drug trafficking.

2

9.      Throughout the investigation, LANIER is seen posting on a frequent basis on aforementioned Instagram account "ceo.yb".  LANIER frequently posts photographs of himself in multiple vehicles and residences with firearms.  As it pertains to this affidavit, on January 19, 2024, LANIER posted a photo on  the "ceo.yb" showing an image of LANIER displaying a partially concealed black pistol.  On July 21, 2023, LANIER also posted a photograph of himself with a partially concealed pistol to this same Instagram account.

10.      While monitoring this account, Affiant has observed several additional story posts that included images of firearms, on LANIER's Instagram page.  I know in my training and experience that these "story" posts are automatically taken down after one day, as a feature of the social media platform.

11.      On February 26th, 2024, he conferred with City of Cleveland Prosecutor Nicholas Kolar and obtained an arrest warrant for LANIER for Felonious Assault.

12.      On March 29th, 2024, the Honorable Judge John Sutula of Cuyahoga County approved a search warrant authorizing the tracking of phone date for a phone believed to be possessed and used by LANIER.  This warrant authorized the investigators to receive information as to LANIER's phone to include the call logs, call detail records, RTT and Prospective Location data.  RTT information identifies the historical location of a handset, delivered as an estimated distance from a cell tower to the handset. Prospective location information consists of live location information, delivered as longitude and latitude coordinates, often referred to as geolocation or real-time GPS data.

13.      Pursuant to warrant, on March 29, 2024, investigators received the Verizon Call Detail Records for LANIER'S cell phone.  Likewise, on the same date, investigators began to receive real-time data estimations from Verizon for the location of LANIER'S cell phone every fifteen minutes.

14.     The Call Detail Records for LANIER's cell phone included Verizon alulte, RTT (real time tool) data – historical, recent, and prospective data shown as a latitude and longitude measurement with a distance from the tower reading.  The data received was from March 21, 2024 to March 29, 2024. This data showed LANIER's cell phone repeatedly within a short distance to a residence of 950 Ida. Ave., Cleveland, Ohio at all times of day and night, consistent with overnight stay at the address.  At times, your affiant observed data showing the device being .82 miles from the tower which is the exact distance from the tower to 950 Ida Ave., Cleveland, Ohio.

15.     The Call Detail Records from December 24, 2023, to March 29, 2024, showed that LANIER'S phone accessed the nearest Verizon cell tower to 950 Ida Ave., Cleveland, Ohio, approximately 1,659 times.  That tower, located near the East 63rd Street and St. Clair Ave. intersection, in Cleveland, Ohio, is .86 mile from 950 Ida Ave., Cleveland, Ohio.  This tower was used for 31% of the cell provider's calls and texts to and from LANIER's device.  This percentage is over twice the next-most-used tower used by the phone.

16.     The cellular data warrant also authorized investigators to receive real-time data estimations from Verizon for the location of LANIER's cell phone every fifteen minutes. Using this information, investigators were able to determine that LANIER's phone spent long periods of time at 950 Ida Ave., Cleveland, Ohio. The first real-time estimation was at 7:07 p.m. on March 29, 2024.  This information provided the estimation of the cell phone was within approximately 302 yards of the 950 Ida Ave.  At 8:37 p.m., the estimation was over the 950 Ida Ave., Cleveland, Ohio, with an accuracy of approximately 1,282 yards.  The real-time estimations continued until April 10, 2024.  During this period, the phone location estimations of LANIER's phone returned at all times of day and night to show LANIER's phone location to be over or near the area of the 950 Ida Ave., Cleveland, Ohio.

17.     On April 7th, 2024, LANIER made an Instagram post to his page of CEO.YB of

4

photo of LANIER standing next to a white front door with white / yellow walls and a grey wood floor, with a large amount of U.S. currency next to a cardboard cutout of a deceased friend.  This posted photo was consistent in appearance with images provided on Zillow.com which showed 950 Ida Ave., Cleveland, Ohio, for rent approximately 30 days prior and has several interior photos of the residence to include that of the front door area.  Based on a comparison of the Zillow photos with the Instagram post, investigators believe that LANIER was located inside of 950 Ida Ave., Cleveland, Ohio, in the photos posted on April 7, 2024, on LANIER's account.  Investigators observed in the same posting an additional photo and video of LANIER in the driveway of 950 Ida Ave., Cleveland, Ohio.   Within the same posting, an additional photo showed LANIER with U.S. currency on his person standing next to a wooden privacy fence with a small pile of miscellaneous lumber on the ground next to him with LANIER wearing distinct pair of light blue jeans with red and white patches on the jeans. These exterior images of LANIER were consistent in appearance with what was observed on google maps of the residence of at 950 Ida Ave., Cleveland, Ohio.

18.      On April 9th, 2024, during surveillance at 950 Ida Ave., Affiant observed that the exterior of the home and the driveway from LANIER'S above-referenced Instagram posting and were observed and again matched in appearance.

19.      Additionally, on April 9th, 2024, during surveillance, LANIER was observed exiting the front door of 950 Ida Ave., Cleveland, Ohio, which is provides access to the down unit, wearing the same pants on his Instagram post just several days prior. Affiant avers that LANIER was then seen getting into a Black SUV.

20.      On April 10th, 2024, while conducting surveillance at 950 Ida Ave.. Cleveland, Ohio, Affiant observed LANIER arrive at the residence of 950 Ida Ave. and reverse the aforementioned Black SUV into the driveway and park the vehicle.  Next, LANIER exited the vehicle and walked toward the rear of the residence.  At this time, investigators approached

5

LANIER announced their presence and attempted to arrest LANIER in the driveway area of 950

Ida Ave., on active state arrest warrants.  LANIER then attempted to flee investigators on foot.

Investigators pursued LANIER on foot into and through the backyard of 950 Ida Ave., and

LANIER was arrested on next street by investigators.

21.     During LANIER'S arrest, a satchel clipped across his chest was searched and found

to contain a set of house keys.  In addition, LANIER was found to have on his person, in his pants

pocket, a baggie containing -4- pills found to be oxycodone, Schedule II.

22.     Immediately after LANIER's arrest, law enforcement knocked on the door of 950

Ida Ave., Down Unit, to inquire about LANIER's residency at this address and interview any

persons that may be present. Upon doing so, a female, later identified as L.K.B., responded to the

front door and spoke with investigators. L.K.B. told investigators that she did not live at 950 Ida

Avenue, Down, and she just arrived at the address the night before to clean the house.  While

speaking with L.K.B. at the door of 950 Ida Avenue, Down, law enforcement observed a black

handgun in plain view on the living room floor, as well as the same cardboard cutout of a deceased

friend that LANIER was previously observed posing next to in the Instagram photographs, posted

on LANIER's account on April 4th, 2024, and April 8th, 2024.  Affiant recognized L.K.B. as an

associate of LANIER's from surveillance of LANIER on February 22, 2024.

23.     Due to the observations and prior knowledge of investigators on-scene at the above-

mentioned incident and arrest of LANIER, the residence at 950 Ida Avenue, Down, was secured

for the preservation of evidence, in order to obtain a warrant.  Upon securing the residence

investigators conducted a sweep of the premises for persons and or weapons, while the warrant was

being prepared.  During the sweep, investigators observed a rifle and suspected heroin in plain

view.  No other occupants were located, and the premises was secured, and investigators the

warrant.  Simultaneously, a search warrant was drafted and presented to Cuyahoga County

Common Pleas Court Judge John Sutula, who reviewed and signed the warrant authorizing

investigators to search the residence of 950 Ida Ave., Down, Cleveland, Ohio, for evidence of

violations of state law to include, Having Weapons under Disability, Felonious Assault and Drug

Trafficking.

24.     On the same date, once the warrant was obtained the investigators executed the

search warrant at the residence of 950 Ida Avenue, Down, Cleveland, Ohio.   Upon entry,

investigators found the address to include, three bedrooms, an open living room area, one

bathroom, and a kitchen. Immediately within the living room area there was a black handgun in

plain view on the floor, as well as the same cardboard cutout of a deceased friend that LANIER

was previously observed posing next to in the Instagram photographs, posted on LANIER's

account on April 4th, 2024 and April 8th, 2024. A TV was also observed sitting on top of a folding

chair in the center of the living room in close proximity to two couches. Outside of the two

couches there were no other items of furniture or furnishings throughout the area. Immediately to

the right investigators located a bedroom (Bedroom #1) without any beds or furniture, only a small

storage cabinet. As investigators continued through the living room a second bedroom (Bedroom

#2) was located to the right of the couches. Within Bedroom #2 there was no bed or furniture just a

rifle propped in the corner of the bedroom, a folding chair near the closet, a suitcase on the floor,

and another rifle and an open container within the closet with suspected fentanyl pills in it.

Investigators then proceeded into the kitchen which had no kitchen table or stove. It only contained

a refrigerator and a microwave. Immediately to the right of the kitchen was a single bathroom.

Directly next to the bathroom at the rear door of the residence a third room or bedroom (Bedroom

#3) was located again with no bed, but did include a folding table with digital scales, suspected

narcotics, drug prepping materials, a cell phone plugged into a phone charger, mixer and/or

blender, gloves, masks, sandwich baggies, some clothing items, multiple pairs of tennis shoes, and

a small TV on top of a storage cabinet[1].

25.     During the execution of the search warrant, in the in the living room, investigators

found items to include:

- A FN57, 5.7 caliber handgun, bearing serial number 386333055[2], on the floor, in plain view; and
- Cardboard cutout of deceased person.

26.     In the Kitchen, investigators found items to include:

- Suspected "kilo" wrappers and/or drug packaging[3];
- Ammunition;
- a Glock, model 19X, 9mm pistol, bearing serial number BWGX726 equipped with a machine-gun conversion device, in a drawer;
- a Walther, model CCP 9mm pistol bearing serial number WK12681, in a drawer;
- Suspected drug cooking items to include a metal utensil found to contain cocaine residue; and
- A Rifle magazine.

27.     In Bedroom #1, investigators found items to include:

- Duffle bag found to contain approximately 2,163.60 grams of a mixture containing methamphetamine; and
- -2- Digital Scales with suspected drug residue.[4] [5]

28.     In Bedroom #2, investigators found items to include:

- A Diamond Back rifle, 300 blackout caliber bearing serial number DB2499849, in plain view, found leaned against the wall in the corner of the room;
- A Windham Weaponry 5.56 caliber rifle bearing serial number WW187476, in the closet, in plain view;
- Approximately 593.09 grams of fentanyl analogue, and 31.34 grams of mixture found to contain fentanyl and 4-ANPP;
- Approximately 581.92 grams of a mixture containing cocaine;
- Approximately 522.45 of a mixture containing cocaine;

---

[1] In Affiant's training and experience, this table was consistent with a "drug preparation area" used to cut, mix, and package illegal street drugs for later sale.
[2] As set forth herein, multiple firearms were recovered during the execution of the search warrant.  Affiant knows in his training and experience that a firearm is a "tool of the trade" of a drug trafficker, used as a means of protection of self, drug supply and proceeds in the dangerous activity of street drug sales.
[3] One bag was selected for testing and found to contain fentanyl, 4-ANPP, Cocaine, and xylazine reside, and one bag was selected for testing and found to contain cocaine residue.
[4] One scale was selected for testing and found to contain cocaine, and fentanyl Residue.
[5] Affiant knows that it is common for a drug trafficker to possess digital scales to weigh sellable quantiles of drugs.

- Approximately 12.79 grams of a mixture containing methamphetamine, and approximately .04 grams of a mixture containing methamphetamine;
- A Rifle magazine;
- Approximately .88 grams of fentanyl analogue, fentanyl, 4ANPP, and cocaine;
- Approximately 20.94 grams fent./4anpp;
- Approximately 212.39 grams of a mixture containing fentanyl and 4ANPP, found in plain view in the closet in an opened case;
- Approximately .43 grams of fentanyl, and approximately 101.24 grams of cocaine;
- Approximately 314.29 grams of a mixture containing fentanyl analogue and fentanyl;
- Suspected packaging material found contain residue of fentanyl analogue, fentanyl and cocaine, and a dish found to contain residue of cocaine, fentanyl, 4ANPP and methamphetamine;
- Approximately 995.96 grams a mixture containing fentanyl, 4anpp; and
- Ammunition.

29.     In the Room off the Kitchen (and/or Bedroom #3), investigators found:

- Approximately 77.57 grams of a mixture containing fentanyl, and cocaine;
- A metal sieve/sifter found to contain fentanyl, 4-ANPP, cocaine, xylazine residue[6];
- A metal press found to contain fentanyl, 4-ANPP, and xylazine residue[7];
- Approximately 177.24 grams of a mixture containing fentanyl, and 4ANPP, found sitting on top of a scale, on the suspected drug preparation table, in plain view;
- Approximately 108.63 grams of a mixture containing fentanyl, and 4ANPP;
- Approximately 663.9 grams of a mixture containing methamphetamine;
- Approximately 11.31 grams of a mixture containing fentanyl, and cocaine;
- Blue pills found to be approximately 96.82 grams fentanyl;
- Suspected drug equipment to include -2- blenders and parts[8];
- Suspected packaging material;
- Drug Equipment, to include – 3- scales[9], razor blade, and metal plate; and
- Suspected cutting agent[10].

30.     During the execution of the search warrant, Investigators tested the house keys

recovered from LANIER's person, and found that the keys recovered from LANIER included a

key that operated the lock on the door of 950 Ida Ave., Down, Cleveland, Ohio. Further

---

[6] Affiant knows in his training and experience that sifters are commonly used by drug traffickers as a tool in cutting controlled substance with a filler substance to expand profits.

[7] Affiant knows persons engaged in drug trafficking often employ a press to compress or "re-rock" cut drugs for later sale.

[8] One blender cup was selected for testing and found to contain fentanyl, 4-ANPP, and xylzine; and one chopping blade was selected for testing and found to contain fentanyl, fentanyl, 4-ANNPP, and cocaine.

[9] One of the recovered scales was selected for testing was found to contain fentanyl, 4ANPP, cocaine, methamphetamine, and xylazine residue.

[10] Affiant knows in his training and experience that persons engaged in illegal drug trafficking often cut controlled substances with a filler material often referred to as cut in order to increase the sellable quantity of drugs and thus expand profit.

solidifying his residential status at the location.

31.     During the execution of the search warrant, investigators seized approximately 26 items of narcotics evidence including controlled substances, digital scales, packaging material, drug presses, cooking equipment, and blenders, as described herein. On June 26, 2024, the CCRFSL completed a Drug Chemistry Laboratory Final Report (#2024-002731-003) rendered the positive results of 2,563.07 grams of Fentanyl compound, 1,282.98 grams of Cocaine, and 5,940.17 grams of Methamphetamine.[11] Your affiant avers that based upon his training and experience the presence of the drug manufacturing and packing equipment and material present in the same residence and close proximity to the large amount of various controlled substances recovered is indicative of the distribution of controlled substances. Furthermore, based on the sparse furnishing in the premises and the recovered items during the search warrant, it appeared that the primary function of this property was the storage and preparation of controlled substance for later sale.  Furthermore, based upon your Affiant's training and experience firearms are often found at and possessed by persons operating a drug premises and/or stash house.

32.     Affiant avers that on May 09, 2024, a federal search warrant for evidence contained in four cellular devices recovered during the arrest of LANIER and search of 950 Ida Ave. was authorized by United States Magistrate Judge Jennifer Dowdell Armstrong.

33.     Upon reviewing the cell phone extractions from phones seized during the search warrant and arrest of LANIER on April 10, 2024, Affiant observed several photos of LANIER at the residence of 950 Ida Ave., Down, Cleveland, Ohio.  Likewise, in reviewing the cell phone extractions investigators found photographs of LANIER possessing firearms similar in appearance to one of the rifles recovered in the residence as the Glock, model 19X, 9mm pistol

---

[11] Affiant knows that cocaine, methamphetamine, 4-ANPP and fentanyl are Schedule II controlled substances.

bearing serial number BWGX726 equipped with a machine-gun conversion device.  In reviewing cell phone extraction data for recovered phones investigators found text messages of LANIER asking an unknown female to rent the residence of 950 Ida Ave. on his behalf.

34.     Based on Affiant's training and experience, the quantities of controlled substances recovered are consistent with distribution.

## CONCLUSION

35.     Based on the foregoing, your Affiant submits that there is probable cause to believe that on or about April 10th, 2024, in the Northern District of Ohio, Defendant Terrence LANIER violated federal law, namely: Possession with the Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).  Therefore, Affiant requests authorization for the attached Complaint and Arrest Warrant for LANIER.

Respectfully submitted,

Thomas Kloock
Task Force Officer, ATF

Sworn to via telephone after submission by
reliable electronic means. Crim.Rules 4.1;
41(d)(3) this ___11th day of July, 2025.

Reuben J. Sheperd, United States Magistrate Judge

7/11/25
Date

11