IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

FILED

AUG -5 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:25CR00381 |
| TERRENCE LANIER, | ) | Title 18 United States Code, Sections 922(o), and 924(a)(2); and Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(C), and 846 |
| RAYNELL JEFFERSON, | ) | |
| Defendants. | ) | |

**JUDGE FLEMING**

COUNT 1

(Conspiracy to Distribute and Possess with Intent to Distribute
a Controlled Substance, 21 U.S.C. § 846)

The Grand Jury charges:

1. On or about February 19, 2024 and continuing through April 10, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants TERRENCE LANIER, RAYNELL JEFFERSON and others known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute approximately 1,703 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; 1,205.41 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; 5,940.17 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and 937.64 grams of

1

a mixture and substance containing a detectable amount of fentanyl analogue, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

## COUNT 2

(Illegal Possession of a Machinegun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

2. On or about April 10, 2024, in the Northern District of Ohio, Eastern Division, Defendant TERRENCE LANIER did knowingly and unlawfully possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a Glock, model 19X, 9 mm caliber firearm, bearing serial number BWGX726, designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 3

(Conspiracy to Distribute and Possess with Intent to Distribute
a Controlled Substance, 21 U.S.C. § 846)

The Grand Jury further charges:

3. On or about May 20, 2025 and continuing through July 29, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant RAYNELL JEFFERSON and others known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

## COUNT 4

(Distribution of a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about May 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 5

(Distribution of a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

5. On or about June 12, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 6

(Distribution of a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

6. On or about June 18, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 7

(Distribution of a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

7. On or about July 2, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 8

(Distribution of a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

8. On or about July 17, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

9. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 8 are incorporated herein by reference. As a result of foregoing offenses, Defendants TERRENCE LANIER and RAYNELL JEFFERSON shall forfeit to the United States, all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug offenses charged herein; all property

4

used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and any and all firearms and ammunition involved in or used in the commission of the firearms offense charged herein; including, but not limited to, the following:

A. a Glock, model 19X, 9 mm caliber firearm, bearing serial number BWGX726, with Glock switch;

B. Walther, Model CCP 9mm firearm, bearing serial number WK126818;

C. F.N. (FN Herstal), Model Five-Seven, 57 caliber pistol, bearing serial number 386333055;

D. WWI (Windham Weaponry Inc.), Model WW-15, Multi Caliber Rifle, bearing serial number WW187476; and

E. Diamondback Arms Inc., Model DB-15, Multi Caliber Rifle, bearing serial number DB2499849.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.