FILED

FEB 0 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF OHIO

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) SUPERSEDING<br>) INDICTMENT |
| Plaintiff, | )<br>) JUDGE PATRICIA A. GAUGHAN<br>)<br>) |
| v. | ) CASE NO.    1:25-CR-00381_____<br>) Title 18 United States Code, |
| TERRENCE LANIER,<br>RAYNELL JEFFERSON,<br>TRACY HOLPUCH, | ) Sections 2, 922(o), and<br>) 924(a)(2), (c)(1)(A)(i), and<br>) (B)(ii); and Title 21, United<br>) States Code, Sections 841(a)(1), |
| Defendants. | ) (b)(1)(A), (b)(1)(B), and<br>) (b)(1)(C), 856(a)(1), and (a)(2),<br>and 846 |

### COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute
a Controlled Substance, 21 U.S.C. § 846)

The Grand Jury charges:

1. On or about February 19, 2024, and continuing through on or about April 10, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants TERRENCE LANIER, RAYNELL JEFFERSON, and others known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of a fentanyl, a Schedule II controlled substance; 500 grams or more of a mixture and substance containing a detectable amount of a cocaine, a Schedule II controlled substance; 500 grams or more of a

1

mixture and substance containing a detectable amount of a methamphetamine, a Schedule II controlled substance; and 100 grams or more of a mixture and substance containing a detectable amount of fluorofentanyl, a fentanyl analogue, and a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B), and 846.

## COUNT 2
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi), and 18 U.S.C. § 2)

The Grand Jury further charges:

2.      On or about April 10, 2024, in the Northern District of Ohio, Eastern Division, Defendants TERRENCE LANIER and RAYNELL JEFFERSON did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of a fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi), and Title 18, United States Code, Section 2.

## COUNT 3
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2)

The Grand Jury further charges:

3.      On or about April 10, 2024, in the Northern District of Ohio, Eastern Division, Defendants TERRENCE LANIER and RAYNELL JEFFERSON did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of a cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

2

<u>COUNT 4</u>
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2)

The Grand Jury further charges:

4.      On or about April 10, 2024, in the Northern District of Ohio, Eastern Division, Defendants TERRENCE LANIER and RAYNELL JEFFERSON did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of a methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

<u>COUNT 5</u>
(Possession with Intent to Distribute fluorofentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi), and 18 U.S.C. § 2)

The Grand Jury further charges:

5.      On or about April 10, 2024, in the Northern District of Ohio, Eastern Division, Defendant TERRENCE LANIER, and RAYNELL JEFFERSON did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of fluorofentanyl, a fentanyl analogue and a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi), and Title 18, United States Code, Section 2.

<u>COUNT 6</u>
(Using or Maintaining a Drug Premises,
21 U.S.C. § 856(a)(1))

The Grand Jury further charges:

6.      On or about April 10, 2024, in the Northern District of Ohio, Eastern Division, Defendant TERRENCE LANIER did unlawfully and knowingly use and maintain a place

3

located at XXX Ida Ave., Cleveland, Ohio, for the purpose of distributing a controlled substance, in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT 7
(Illegal Possession of a Machinegun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

7.     On or about April 10, 2024, in the Northern District of Ohio, Eastern Division, Defendant TERRENCE LANIER did knowingly and unlawfully possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a machinegun conversion device, which is a part, or combination of parts, designed and intended solely and for use in converting a weapon into a machine gun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 8
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. §§ 924(c)(1)(A)(i), and (B)(ii))

The Grand Jury further charges:

8.     On or about April 10, 2024, in the Northern District of Ohio, Eastern Division, Defendant TERRENCE LANIER did knowingly possess firearms in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B), and 846, as charged in Count 1 of this superseding indictment, and further a firearm possessed by TERRENCE LANIER is a machinegun, within the meaning of Title 26 United States Code Section 5845(b), in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), and (B)(ii).

4

COUNT 9
(Conspiracy to Distribute and Possess with Intent to Distribute
a Controlled Substance, 21 U.S.C. § 846)

The Grand Jury further charges:

9.     On or about May 20, 2025, and continuing through on or about July 29, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant RAYNELL JEFFERSON and others known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 28 grams or more of a mixture and substance containing detectable amount of cocaine base ("crack"), a Schedule II controlled substance; 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; 10 grams or more of mixture or substance containing a detectable amount of fluorofentanyl, a fentanyl analogue and a Schedule I controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(B), (b)(1)(C), and 846.

COUNT 10
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

10.     On or about May 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

5

COUNT 11
(Distribution of Cocaine Base ("Crack"),
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

11. On or about June 12, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 12
(Distribution of Cocaine Base ("Crack"),
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

12. On or about June 18, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly and intentionally distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 13
(Distribution of Cocaine Base ("Crack"),
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

13. On or about July 2, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly and intentionally distribute a mixture and

6

substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 14
(Distribution of Cocaine Base ("Crack"),
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

14. On or about July 17, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly and intentionally distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 15
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

15. On or about July 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

## COUNT 16
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

16. On or about July 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly and intentionally possess with intent to

7

distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 17
(Possession with Intent to Distribute Fluorofentanyl and Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

17.　On or about July 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly and intentionally possess with intent to distribute 10 grams or more of a mixture and substance containing a detectable amount of fluorofentanyl, a fentanyl analogue and a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

COUNT 18
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

18.　On or about July 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 19
(Possession with Intent to Distribute Cocaine Base ("Crack"),
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

8

19.     On or about July 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly and intentionally possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### COUNT 20
(Using or Carrying a Firearm During and in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

20.     On or about July 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did knowingly use or carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and (b)(1)(C), as charged in Counts 17, 18 and 19 of this superseding indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### COUNT 21
(Using or Maintaining a Drug Premises, 21 U.S.C. § 856(a)(1))

The Grand Jury further charges:

21.     On or about July 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYNELL JEFFERSON did unlawfully and knowingly use and maintain a place located at XXXX Euclid Ave., Apartment 109, Cleveland, Ohio, for the purpose of distributing cocaine and fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Section 856(a)(1).

COUNT 22
(Manage or Control of a Drug Premises, 21 U.S.C. § 856(a)(2))

The Grand Jury further charges:

22. On or about May 1, 2025, through on or about July 29, 2025, in the Northern District of Ohio, Eastern Division, TRACY HOLPUCH did manage and control any place, permanently or temporarily, as an owner, lessee, occupant, mortgagee and agent, namely a premises located XXX Roanoke Ave., Up, Cleveland, Ohio, and did knowingly and intentionally rent, lease, profit from and otherwise make available for use, with or without compensation, the premises located XXX Roanoke Ave., Up, Cleveland, Ohio, for the purpose of unlawfully manufacturing, storing, distributing and using a controlled substance, namely cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 856(a)(2)

FORFEITURE

The Grand Jury further charges:

22. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 22 are incorporated herein by reference. As a result of foregoing offenses, Defendants TERRENCE LANIER, RAYNELL JEFFERSON, and TRACY HOLPUCH shall forfeit to the United States, all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug offenses charged herein; all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and any and all firearms and ammunition involved in or used in the commission of the firearms offense charged herein; including, but not limited to, the following:

10

A. Glock, model 19X, 9 mm caliber firearm, bearing serial number BWGX726, with Glock switch, seized on April 10, 2024 (TERRENCE LANIER);

B. Walther, Model CCP 9mm firearm, bearing serial number WK126818, seized on April 10, 2024 (TERRENCE LANIER);

C. F.N. (FN Herstal), Model Five-Seven, 57 caliber pistol, bearing serial number 386333055, seized on April 10, 2024 (TERRENCE LANIER);

D. WWI (Windham Weaponry Inc.), Model WW-15, Multi Caliber Rifle, bearing serial number WW187476, seized on April 10, 2024 (TERRENCE LANIER);

E. Diamondback Arms Inc., Model DB-15, Multi Caliber Rifle, bearing serial number DB2499849, seized on April 10, 2024 (TERRENCE LANIER);

F. Smith & Wesson, 9mm Pistol, silver in color with black grip, with defaced serial number, seized on July 29, 2025 (RAYNELL JEFFERSON);

G. FN, model Five-Seven pistol, bearing serial number 386401142, seized on July 29, 2025 (RAYNELL JEFFERSON); and

H. Miscellaneous ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.